UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SETH THOMPSON, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>BRETT BROS. SPORTS INTERNATIONAL, INC., and DOES 1-10, inclusive,<br><br>        Defendant. | Case No. 4:12-cv-00055-JAJ-RAW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the claims and causes of action asserted in this matter are dismissed with prejudice, with each party to bear its own fees and costs.

DATED: June 15, 2012

Respectfully submitted,

    /s/ J. Barton Goplerud
J. Barton Goplerud, AT0002983
Hudson Mallaney Shindler & Anderson P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: 515-223-4567
Fax: 515-223-8887
Email: jbgoplerud@HudsonLaw.net

Jon A. Tostrud (admitted *pro hac vice*)
Tostrud Law Group, P.C.
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Telephone: 310-278-2600
Fax: 310-278-2640

Marc L. Godino (admitted *pro hac vice*)
Glancy Binkow & Goldberg LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Fax: 310-201-9160

ATTORNEYS FOR PLAINTIFF


  /s/ Kevin J. Driscoll
Kevin J. Driscoll, AT0002245
Finley, Alt, Smith, Scharnberg, Craig, Hilmes, & Gaffney, P.C.
699 Walnut Street, Ste 1900
Des Moines, IA 50309
Telephone: 515-288-0145
Fax: 515-288-2724
Email: kdriscoll@finleylaw.com

ATTORNEYS FOR DEFENDANT
BRETT BROS. SPORTS INTERNATIONAL, INC.